In the Matter of the Accounting of CHARLES S. OAKLEY, as Executor of and Trustee under the Will of WILLIAM H. OAKLEY, Deceased.

WILLIAM H. OAKLEY, Appellant; CHARLES S. OAKLEY, as Executor, etc., et al., Respondents.

*Matter of Oakley,* 67 App. Div. 493, affirmed.
(Argued May 5, 1902; decided May 20, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made January 10, 1902, which affirmed a decree of the New York County Surrogate's Court settling the accounts of Charles S. Oakley,

as executor of and trustee under the will of William H. Oakley, deceased.

*C. N. Bovee, Jr.*, for appellant.

*John B. Talmage, William C. Prime* and *William W. Green* for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.